IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLARENCE BRADLEY HENEGAR, ) | |
| TRAYCEE L. MAYNARD-HENEGAR, ) | |
| ) | |
|    Debtor(s). ) | |
| ) | |
| OCWEN LOAN SERVICING LLC, ) | |
| AS SERVICER FOR HSBC BANK USA, ) | |
| N.A., AS TRUSTEE ON BEHALF OF ) | Case No. 09-35837 |
| ACE SECURITIES CORP. HOME EQUITY ) | Chapter 7 |
| LOAN TRUST AND FOR THE REGISTERED ) | |
| HOLDERS OF ACE SECURITIES CORP. ) | |
| HOME EQUITY LOAN TRUST, SERIES ) | |
| 2006-ASAP5, ASSETT BACKED PASS- ) | |
| THROUGH CERTIFICATES, ) | |
| ) | |
|    Movant. ) | |
| ) | |
| v. ) | |
| ) | |
| CLARENCE BRADLEY HENEGAR & ) | |
| TRAYCEE L. MAYNARD-HENEGAR, ) | |
| ) | |
| JOHN P. NEWTON, JR. TRUSTEE, ) | |
| ) | |
|    Respondents. ) | |

**RESPONSE AND OBJECTION OF THE DEBTORS TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BY TRUSTEE FILED BY OCWEN LOAN SERVICING, LLC, AS SERVICER FOR HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP5, ASSET BACKED PASS-THROUGH CERTIFICATES REGARDING THE PROPERTY LOCATED AT 5700 TENNYSON DRIVE, KNOXVILLE, TN. 37909**

COME the Debtors Clarence Bradley Henegar and Traycee L. Maynard-Henegar, pursuant to 11 U.S.C. §362(a), Fed. R. Bankr. P. 4001, and E.D. Tenn. L.B.R. 4001-1 and submits this response and objection to the Motion for Relief from the Automatic Stay filed by

1

OCWEN Loan Servicing, LLC, et al. (hereinafter referred to as "OCWEN"). For reasons stated more fully below the Debtors respectfully request that OCWEN's Motion be DENIED.

The Debtors acknowledge that there is no equity in the real property located at 5700 Tennyson Drive, Knoxville, Tennessee. However, as cause for OCWEN's motion, OCWEN states that the Debtors have not provided adequate protection of OCWEN's security interest in the real property. The Debtors aver that this statement is incorrect. The Debtors have been making full or partial payments on the loan, including a One Thousand Dollar ($1,000.00) payment made just last week. Moreover, the Debtors intend to make another payment this week. The Debtors are willing and able to continue to make such payments and protect OCWEN's security interest. The Debtors believe they can pay-up any arrearage that exists on the home as this bankruptcy case will relieve them of the unsecured debt and give them a "fresh start". The real property is also fully insured.

WHEREFORE, the Debtors respectfully request that this Court deny the Motion for Relief from the Automatic Stay filed by OCWEN Loan Servicing et al. and for such other and further general relief as this Court deems appropriate.

Respectfully submitted this 20th day of November, 2009.

/s/ Mark E. Brown
Mark E. Brown (BPR #021851)

MENEFEE & BROWN, LLP
9724 Kingston Pike, Ste. 206
Knoxville, Tennessee 37922
Phone: (865) 357-9800
Fax: (865) 357-9810

Attorney for the Debtors

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document has been served upon the following:

    Sharon N. Fewell
    Matthew Graves
    Shapiro and Kirsch
    6055 Primacy Parkway, Ste. 410
    Memphis, TN. 38119

    John P. Newton
    Chapter 7 Trustee
    Mayer & Newton
    Landmark Center, South Tower
    1111 Northshore Drive, Ste. S-570
    Knoxville, TN. 37919

    Patricia C. Foster
    Attorney for the United States Trustee
    800 Market Street, Suite 114
    Howard H. Baker Jr. United States Courthouse
    Knoxville, TN. 37902

via this Court's electronic filing system on this 20th day of November, 2009.

                                            /s/ Mark E. Brown
                                            Mark E. Brown